CITY OF HARTFORD *v.* HARTFORD ELECTRIC LIGHT COMPANY (No. 112008)

CONNECTICUT CITIZEN ACTION GROUP ET AL. *v.* CONNECTICUT LIGHT AND POWER COMPANY ET AL. (No. 112009)

HARTFORD CONSUMER ACTIVISTS ASSOCIATION ET AL. *v.* HARTFORD ELECTRIC LIGHT COMPANY ET AL. (No. 112010)

OFFICE OF CONSUMER COUNSEL *v.* HARTFORD ELECTRIC LIGHT COMPANY ET AL. (No. 112083)

OFFICE OF CONSUMER COUNSEL *v.* CONNECTICUT LIGHT AND POWER COMPANY ET AL. (No. 112084)

The named defendants' motion for a review of the order of the trial court dated May 25, 1976, terminating a stay of execution in the appeal from the Court of Common Pleas in Hartford County is granted and the relief sought therein is denied.

*Palmer S. McGee, Jr.,* and *Ernest J. Mattei,* in support of the motion.

Submitted September 22—decided October 15, 1976